**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MARK WALTERS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-22-CV-00272-KC-ATB** |
| | § | |
| **LASALLE CORRECTIONS V, LLC,** | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

On this day, the Court considered the status of the above-styled and numbered cause.  On December 5, 2022, Plaintiff Mark Walters ("Walters") filed "Plaintiff's Motion for Extension of Time to Reply to Defendant's Response to ECF 25 Order for Defendant to Provide Supplemental Information" ("Motion").  (ECF No. 44).

In his Motion, Walters requests an extension of time to file a response to Defendant LaSalle's ("LaSalle") November 14, 2022, "Response to ECF No. 25 Order for Defendant to Provide Supplemental Information" (ECF No. 35).  (ECF No. 44).   In his Motion, Walters requests "a 30 day extension of time" due to the fact that he was recently remanded into the custody of the Federal Bureau of Prisons, he has been in transit, and he "is currently awaiting on the U.S. Marshals Service to arrange the delivery of his legal materials related to this case."  (*Id.* at p. 2-3).

It is difficult to discern what exactly Walters requests permission to file.  As *pro se* pleadings are reviewed under a less stringent standard than those drafted by attorneys, the Court construes Walters's Motion as a "Motion for Leave to File Supplemental Briefing" and finds that Walters's request for an extension of time to file such a briefing is warranted.  *Haines v. Kerner*,

404 U.S. 519, 520-21 (1972) (per curiam).  However, Walters is warned that any supplemental briefing must pertain to the issue at hand: LaSalle's costs and fees.  This lawsuit is not the proper forum for generalized grievances.  For example, in most instances, allegations of attorney misconduct should be directed to the State Bar of Texas, not this Court.  Any filing that deviates from what is authorized by this Order may be met with sanctions.

      Accordingly,

- **IT IS HEREBY ORDERED** Walters's request to file supplemental briefing is **GRANTED** *but only to the extent* that the supplemental briefing is germane to the costs and fees incurred by LaSalle.

- **IT IS FURTHER ORDERED** that Walters's request for an extension of time is **GRANTED** and that Walters **SHALL FILE** any supplemental briefing **NO LATER THAN January 11, 2023**.  No further extensions will be granted.

      **SIGNED** and **ENTERED** this 12th day of December, 2022.

**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**